UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------

CRAIG BROWN,

                Petitioner,

  vs                                                  9:03-CV-866

MR. HERBERT, Superintendent,

                Respondent.

-----------------------------------

APPEARANCES:                            OF COUNSEL:

BERNARD V. KLEINMAN, ESQ.
Attorney for Petitioner
Two Gannett Drive
Suite 102
White Plains, New York 10604

HON. ELIOT SPITZER                  GERALD J. ROCK, ESQ.
Attorney General of the             Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
The Capitol
Albany, New York 12224-0341

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Petitioner, Craig Brown, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking federal habeas relief.  By Report-Recommendation dated April 13, 2005, the Honorable David R. Homer, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied.  There have been no objections to the Report-Recommendation.

       Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 25, 2005
       Utica, New York.